FILED
CLERK U.S. DISTRICT COURT

FEB 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
         Plaintiff,
    v.
Ivan Zuniga,
         Defendant.

Case No. 2:13-MJ-312

ORDER OF DETENTION AFTER HEARING
(Fed.R.Crim.P. 32.1(a)(6)
18 U.S.C. § 3143(a)
Allegations of Violations of
Probation/Supervised Release
Conditions)

On arrest warrant issued by the United States District Court for the Southern Dist. of CA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or
   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _Criminal history; instant offense allegations_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _non-compliance with court-ordered terms of release/supervision._

IT IS ORDERED that defendant be detained.

DATED: 2/13/13

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2